United States District Court

For the Northern District of California

1

2

3

4

5

6           IN THE UNITED STATES DISTRICT COURT

7

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    RUDOLPH RUSSELL,

10          Plaintiff,                              No. C 12-01522 JSW

11      v.                                          **ORDER SETTING BRIEFING**
                                                    **SCHEDULE AND HEARING ON**
12   SIGN PICTORIAL DISPLAY INDUSTRY               **CROSS-MOTIONS FOR**
     PENSION PLAN,                                  **SUMMARY JUDGMENT**
13
            Defendant.
14
                                                      /
15

16          On October 5, 2012, Defendant filed a motion for summary judgment, and it noticed the

17   motion for a hearing on November 16, 2012.  Under Northern District Civil Local Rule 7-3(a),

18   Plaintiff's opposition was due on October 19, 2012, and Defendant's reply was due on October

19   26, 2012.

20          On October 18, 2012, Plaintiff filed his opposition to Defendant's motion and, in that

21   document, cross-moved for summary judgment.  Plaintiff noticed his cross-motion for

22   November 16, 2012.

23          On October 19, 2012, the matter was reassigned to the undersigned Judge, and the

24   parties were notified that all hearing dates were vacated and motions should be re-noticed for

25   hearing before the judge to whom the case was reassigned.  Neither Plaintiff nor Defendant

26   have re-noticed the motions for summary judgment.  In addition, Defendant has not filed an

27   opposition to Plaintiff's cross-motion or a reply in support of its motion.

28   //

United States District Court

For the Northern District of California

1   Accordingly, it is HEREBY ORDERED that Defendant shall file a combined opposition

2   to Plaintiff's cross-motion and a reply in support of its motion by no later than December 7,

3   2012.  Plaintiff shall file a reply brief in support of his cross-motion by no later than December

4   14, 2012.

5   The Court shall hold a hearing on the cross-motions on Friday, January 25, 2013 at 9:00

6   a.m.  If either party seeks to modify this briefing schedule or continue the hearing date, they

7   must submit a request to the Court demonstrating good cause for the requested modification.

8   **IT IS SO ORDERED.**

9

10  Dated: November 15, 2012



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28