IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH RUSSELL,<br><br>    Plaintiff,<br><br>  v.<br><br>SIGN PICTORIAL DISPLAY INDUSTRY PENSION PLAN,<br><br>    Defendant.<br>_____ / | No. C 12-01522 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

On October 5, 2012, Defendant filed a motion for summary judgment, and it noticed the motion for a hearing on November 16, 2012. Under Northern District Civil Local Rule 7-3(a), Plaintiff's opposition was due on October 19, 2012, and Defendant's reply was due on October 26, 2012.

On October 18, 2012, Plaintiff filed his opposition to Defendant's motion and, in that document, cross-moved for summary judgment. Plaintiff noticed his cross-motion for November 16, 2012.

On October 19, 2012, the matter was reassigned to the undersigned Judge, and the parties were notified that all hearing dates were vacated and motions should be re-noticed for hearing before the judge to whom the case was reassigned. Neither Plaintiff nor Defendant have re-noticed the motions for summary judgment. In addition, Defendant has not filed an opposition to Plaintiff's cross-motion or a reply in support of its motion.

//

1  Accordingly, it is HEREBY ORDERED that Defendant shall file a combined opposition to Plaintiff's cross-motion and a reply in support of its motion by no later than December 7, 2012. Plaintiff shall file a reply brief in support of his cross-motion by no later than December 14, 2012.

The Court shall hold a hearing on the cross-motions on Friday, January 25, 2013 at 9:00 a.m. If either party seeks to modify this briefing schedule or continue the hearing date, they must submit a request to the Court demonstrating good cause for the requested modification.

**IT IS SO ORDERED.**

Dated: November 15, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE