IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RUDOLPH RUSSELL,

    Plaintiff,

v.

SIGN PICTORIAL DISPLAY INDUSTRY PENSION PLAN,

    Defendant.

                               /

No. C 12-01522 JSW

**ORDER TO SHOW CAUSE**

On October 5, 2012, Defendant filed a motion for summary judgment, and it noticed the motion for a hearing on November 16, 2012. On October 18, 2012, Plaintiff filed his opposition to Defendant's motion and, in that document, cross-moved for summary judgment. Plaintiff noticed his cross-motion for November 16, 2012. After the case was reassigned to this Court, the Court issued a briefing schedule whereby it ordered Defendant to file a combined opposition to Plaintiff's cross-motion and a reply in support of its motion by no later than December 7, 2012. The Court ordered Plaintiff to file a reply in support of his motion by December 14, 2012.

On December 7, 2012, Plaintiff filed a **second** opposition to Defendant's motion. Plaintiff is HEREBY ORDERED TO SHOW CAUSE why the Court should not strike that brief as not permitted by the local rules or the Court's order setting a briefing schedule in this case. Plaintiff's response to this Order to Show Cause shall be due by December 12, 2012.

//

Plaintiff's reply in support of his motion remains due on December 14, 2012.

**IT IS SO ORDERED.**

Dated: December 10, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE