United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RUDOLPH RUSSELL,

    Plaintiff,

v.

SIGN PICTORIAL DISPLAY INDUSTRY PENSION PLAN,

    Defendant.

No. C 12-01522 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE AND STRIKING BRIEF**

The Court has received and considered Plaintiff's response to the Order to Show Cause issued on December 10, 2012. The Court DISCHARGES the Order to Show Cause and based on Plaintiff's lack of opposition strikes the opposition brief filed as Docket No. 31. The Court shall not consider that brief when it resolves the parties' pending motions for summary judgment.

**IT IS SO ORDERED.**

Dated: December 10, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE