UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RUDOLPH RUSSELL,<br><br>Plaintiff,<br><br>v.<br><br>SIGN PICTORIAL DISPLAY INDUSTRY PENSION PLAN,<br><br>Defendant. | CASE NO.: CV-12 1522 JSW<br><br>[~~PROPOSED~~] ORDER<br><br>[Filed Concurrently With Stipulation Requesting That the Parties Not Be Ordered To Alternative Dispute Resolution]<br><br>Action Filed: March 21, 2012<br>Trial Date: None Set |

Based on the stipulation of the parties, and good cause appearing, the Court hereby orders that the parties need not participate in alternative dispute resolution. Instead, the Court will rule on the pending cross-motions for summary judgment. If the Court believes that oral argument is necessary, it will reset the motions for hearing.

Dated: January 30, 2013

_____
Jeffrey S. White
United States District Court Judge

4813-1832-0146.1

1
ORDER