IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH RUSSELL,<br><br>    Plaintiff,<br><br>v.<br><br>SIGN PICTORIAL DISPLAY INDUSTRY PENSION PLAN,<br><br>    Defendant.<br>_____/ | No. C 12-01522 JSW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

The Court VACATES the case management conference scheduled for May 10, 2013 at 1:30 p.m., and it shall reset the conference, if necessary, in the order resolving the pending cross-motions for summary judgment.

**IT IS SO ORDERED.**

Dated: May 2, 2013

                                                    JEFFREY S. WHITE<br>                                                  UNITED STATES DISTRICT JUDGE